1 | McGREGOR W. SCOTT
United States Attorney
2 | ROSANNE L. RUST
MICHAEL D. ANDERSON
3 | Assistant U.S. Attorneys
501 I Street, Suite 10-100
4 | Sacramento, California 95814
Telephone: (916) 554-2700
5 | Facsimile: (916) 554-2900

6

7 | Attorneys for Plaintiff
United States of America

**SEALED**

**FILED**

DEC 1 3 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-CR-0257 MCE |
| Plaintiff, | |
| v. | [PROPOSED] ORDER TO SEAL |
| RAHMAN LAKHANI, N. ALI ENTERPRISES, INC., & 21ST CENTURY DISTRIBUTION, INC. | (UNDER SEAL) |
| Defendants. | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorneys Rosanne L. Rust and Michael D. Anderson to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated:

_____
HON. ALLISON CLAIRE
United States Magistrate Judge

Petition to Seal Indictment and
[Proposed] Order

3