McGREGOR W. SCOTT
United States Attorney
ROSANNE L. RUST
MICHAEL D. ANDERSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-257 MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| RAHMAN LAKHANI, *et al.* | DATE: May 30, 2019 TIME: 10:00 a.m. COURT: Hon. Morrison C. England, Jr. |
| Defendants. | |

**STIPULATION**

1.      By previous order, this matter was set for status on May 30, 2019.

2.      By this stipulation, defendants now move to continue the status conference until September 26, 2019, and to exclude time between May 30, 2019, and September 26, 2019, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes tens of thousands of pages of documents, electronically imaged devices, and video and audio files. That discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)      Counsel for defendants desire additional time to review discovery, consult with his clients, review the current charges and research related defenses, to discuss research pretrial

motions, and to otherwise prepare for trial.

c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 30, 2019 to September 26, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///
///

1        4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

2   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3   must commence.

4        IT IS SO STIPULATED.

5

6   Dated:  May 22, 2019                McGREGOR W. SCOTT
                                    United States Attorney

7

8                                /s/ ROSANNE L. RUST
                                ROSANNE L. RUST

9                                MICHAEL D. ANDERSON
                                Assistant United States Attorneys

10

11  Dated:  May 22, 2019                /s/ PATRICK HANLY
                                  Patrick K. Hanly

12                                Counsel for Defendants
                                Rahman Lakhani, N. Ali Enterprises,

13                                Inc., and 21 Century Distribution, Inc.

14

15

16                                  **ORDER**

17        IT IS SO ORDERED.

18  Dated:  May 28, 2019

19

20                                MORRISON C. ENGLAND, JR
                                  UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28