PATRICK K. HANLY (Bar #128521)
455 Capitol Mall Suite 325
Sacramento, CA 95814
Telephone: (916) 773-2211
Facsimile: (916) 442-9680

Attorney for Defendant
RAHMAN LAKHANI

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-0257 MCE |
|---|---|
| Plaintiff, | **WAIVER OF APPEARANCE** |
| v. | **DATE: N/A** |
| RAHMAN LAKHANI, | **TIME: N/A** |
| | **PLACE: N/A** |
| Defendant, | **Courtroom**: **HONORABLE MORRISON C ENGLAND JR.** |

Defendant RAHMAN LAKHANI, hereby waives the right to be present in open court upon the hearing of any motion or other proceedings in this case, including when the case is set for trial, when a continuance is Ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, empanelment of a jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver, agrees that his interest will be deemed represented at all times by the presence of his attorney, the same as if he were personally present; and further agrees to be present in person in court ready for trial on any day which the Court may set in his absence.

| | | | |
|---|---|---|---|
| 1 | Dated: June 27, 2019 | by: | /s/Rahman Lakhani |
| 2 | Dated: June 27, 2019 | by: | /s/ Patrick K. Hanly |

IT IS SO ORDERED.

Dated: July 2, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

*U.S. v. Lakhani*, 2:18-CR-00257
Waiver of Appearance