1  McGREGOR W. SCOTT
   United States Attorney
2  ROSANNE L. RUST
   MICHAEL D. ANDERSON
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,              CASE NO. 2:18-CR-257 MCE

12                      Plaintiff,        STIPULATION REGARDING EXCLUDABLE
                                          TIME PERIODS UNDER SPEEDY TRIAL ACT;
13         v.                             ORDER

14 RAHMAN LAKHANI, *et al.*               DATE: September 26, 2019
                                          TIME: 10:00 a.m.
15                      Defendants.       COURT: Hon. Morrison C. England, Jr.

16

17                          **STIPULATION**

18      1.      By previous order, this matter was set for status on September 26, 2019.

19      2.      By this stipulation, defendants now move to continue the status conference until

20 December 12, 2019, and to exclude time between September 26, 2019, and December 12, 2019, under

21 Local Code T4.

22      3.      The parties agree and stipulate, and request that the Court find the following:

23              a)      The government has represented that the discovery associated with this case

24 includes over a hundred thousand of pages of documents, electronically imaged devices, and

25 video and audio files. That discovery has been either produced directly to counsel and/or made

26 available for inspection and copying.

27              b)      Counsel for defendants desire additional time to review discovery, consult with

28 his clients, review the current charges and research related defenses, to discuss pretrial motions

1    and immigration consequences, research potential sentencing exposure, and to otherwise prepare

2    for trial.

3         c)    Counsel for defendants believe that failure to grant the above-requested

4    continuance would deny them the reasonable time necessary for effective preparation, taking into

5    account the exercise of due diligence.

6         d)    The government does not object to the continuance.

7         e)    Based on the above-stated findings, the ends of justice served by continuing the

8    case as requested outweigh the interest of the public and the defendant in a trial within the

9    original date prescribed by the Speedy Trial Act.

10        f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

11   et seq., within which trial must commence, the time period of September 26, 2019 to December

12   12, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local

13   Code T4] because it results from a continuance granted by the Court at defendant's request on

14   the basis of the Court's finding that the ends of justice served by taking such action outweigh the

15   best interest of the public and the defendant in a speedy trial.

16

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 19, 2019                          McGREGOR W. SCOTT
                                                   United States Attorney


                                                   /s/ ROSANNE L. RUST
                                                   ROSANNE L. RUST
                                                   MICHAEL D. ANDERSON
                                                   Assistant United States Attorneys

Dated:  September 19, 2019                          /s/ PATRICK HANLY
                                                   Patrick K. Hanly
                                                   Counsel for Defendants
                                                   Rahman Lakhani, N. Ali Enterprises,
                                                   Inc., and 21 Century Distribution, Inc.


**ORDER**

IT IS SO ORDERED.

Dated:  September 25, 2019

                                                   MORRISON C. ENGLAND, JR
                                                   UNITED STATES DISTRICT JUDGE