McGREGOR W. SCOTT
United States Attorney
ROSANNE L. RUST
MICHAEL D. ANDERSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>            v.<br><br>RAHMAN LAKHANI, *et al.*<br><br>               Defendants. | CASE NO. 2:18-CR-257 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: December 11, 2019<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1.      By previous order, this matter was set for status on December 11, 2019.

2.      By this stipulation, defendants now move to continue the status conference until January 30, 2020, and to exclude time between December 11, 2019, and January 30, 2020, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

      a)      The government has represented that the discovery associated with this case includes over a hundred thousand of pages of documents, electronically imaged devices, and video and audio files. That discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)      Counsel for defendants desire additional time to continue reviewing the large volume of discovery, consult with his clients, review the current charges and research related defenses, to discuss pretrial motions and immigration consequences, research potential

sentencing exposure, including conducting an analysis of the Guidelines, and to otherwise prepare for trial.

c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and prevent continuity of counsel.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 11, 2019 to January 30, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///

Stipulation Regarding Excludable Time
Periods Under Speedy Trial Act

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4        IT IS SO STIPULATED.

5

6  Dated:  December 10, 2019                    McGREGOR W. SCOTT
                                               United States Attorney
7

8                                              /s/ ROSANNE L. RUST
                                               ROSANNE L. RUST
9                                              MICHAEL D. ANDERSON
                                               Assistant United States Attorneys
10

11 Dated:  December 10, 2019                    /s/ PATRICK K. HANLY
                                               Patrick K. Hanly
12                                             Counsel for Defendants
                                               Rahman Lakhani, N. Ali Enterprises,
13                                             Inc., and 21 Century Distribution, Inc.

14

15

16                              **ORDER**

17       IT IS SO ORDERED.

18 Dated:  December 11, 2019

19

20                                             MORRISON C. ENGLAND, JR
21                                             UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28