McGREGOR W. SCOTT
United States Attorney
ROSANNE L. RUST
MICHAEL D. ANDERSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>RAHMAN LAKHANI, *et al.*<br><br>               Defendants. | CASE NO. 2:18-CR-257 MCE<br><br>MODIFICATION TO THE PROTECTIVE ORDER (ECF NO. 19) |

By this stipulation, the parties now move to modify the Protective Order in this case, to allow the defendant, Rahman Lakhani, to produce the following pages of Protected Materials to the Illinois Department of Revenue: (1) LAKHANI_31019-31304; (2) LAKHANI_31305-31574; (3) LAKHANI_21577-21586; and (4) LAKHANI_23369-23651.

///

///

///

///

///

///

///

///

1

Dated: January 24, 2020						McGREGOR W. SCOTT
								United States Attorney

								By: /s/ ROSANNE L. RUST
								ROSANNE L. RUST
								Assistant United States Attorney

Dated: January 24, 2020						/s/ PATRICK K. HANLY
								Patrick K. Hanly
								Counsel for Defendants
								Rahman Lakhani, N. Ali Enterprises,
								Inc., and 21 Century Distribution, Inc.

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: January 27, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE