McGREGOR W. SCOTT
United States Attorney
ROSANNE L. RUST
MICHAEL D. ANDERSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>RAHMAN LAKHANI, *et al.*,<br><br>              Defendants. | CASE NO. 2:18-cr-257 MCE<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER**<br><br>Courtroom: The Honorable Morrison C. England Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 7, 2021.

2. By this stipulation, defendants now move to vacate the January 7, 2021 status hearing and continue it until April 1, 2021, and to exclude time between January 7, 2021, and April 1, 2021, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

*U.S. v. Lakhani*, 2:18-CR-00257
Stipulation to Reset Status Conference

1

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes over a hundred thousand pages of documents, electronically imaged devices, and video and audio files. Pursuant to a protective order, that discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendants desire additional time to continue reviewing the large volume of discovery, including the discovery made available for inspection, consult with his clients, including Mr. Lakhani who still resides in Illinois, review the current charges and research related defenses and possible trial motions, to discuss possible trial motions and immigration consequences with his clients, research potential sentencing exposure for each defendant, including conducting a further analysis of the Guidelines, and to otherwise prepare for trial.

c) Further, defense counsel requests additional time given his commitments in other cases, including continued work on litigation related to the COVID-19 pandemic, which is still ongoing.

d) Defense counsel also has personal or familial obligations that further impact his availability between January 7, 2021, and April 1, 2021.

e) Counsel for defendants believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny his clients continuity of counsel.

f) The government does not object to the continuance.

g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 7, 2021 to April 1, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local

2

*U.S. v. Lakhani*, 2:18-CR-00257
Stipulation to Reset Status Conference

Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED**.

Dated: January 4, 2021

McGREGOR W. SCOTT
United States Attorney

/s/ Rosanne Rust
Rosanne Rust
Assistant United States Attorney

Dated: January 4, 2021

/s/ Patrick K. Hanly
Patrick K. Hanly
Counsel for Defendants
Rahman Lakhani, N. Ali
Enterprises, Inc., and 21 Century
Distribution, Inc.

### ORDER

The Court has read and considered the parties' Stipulation. The Court hereby finds that the Stipulation, which the Court incorporates by reference into this Order, demonstrates facts that provide a basis to exclude time under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]. Time is excluded under the Speedy Trial Act between January 7, 2021, and Aprl 1, 2021.

IT IS SO ORDERED.

**Dated: January 6, 2021**

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

*U.S. v. Lakhani*, 2:18-CR-00257
Stipulation to Reset Status Conference

3