1 PHILLIP A. TALBERT
Acting United States Attorney
2 ROSANNE L. RUST
MICHAEL D. ANDERSON
3 Assistant United States Attorneys
501 I Street, Suite 10-100
4 Sacramento, CA 95814
Telephone: (916) 554-2700
5 Facsimile: (916) 554-2900

6 Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-cr-257 MCE |
|---|---|
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER** |
| v. | |
| RAHMAN LAKHANI, *et al.*, | Courtroom: The Honorable Morrison C. England Jr. |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 24, 2021.

2. By this stipulation, defendants now move to vacate the June 24, 2021 status hearing and continue it until November 18, 2021, and to exclude time between June 24, 2021, and November 18, 2021, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

*U.S. v. Lakhani*, 2:18-CR-00257
Stipulation to Reset Status Conference

1

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes over a hundred thousand pages of documents, electronically imaged devices, and video and audio files. Pursuant to a protective order, that discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendants still needs more time to continue reviewing the voluminous discovery, including the discovery made available for inspection (which includes dozens of boxes), consult with his clients, including Mr. Lakhani who still resides in Illinois, review the current charges and research related possible trial motions, discuss possible immigration consequences with Mr. Lakhani, research potential sentencing issues for each defendant, including analyzing the loss and restitution figures at issue in the case, and to otherwise prepare for trial.

c) Further, defense counsel requests additional time given his commitments in other cases, including preparing for, and representing other clients, in upcoming trials in other jurisdictions in California, and his work on litigation related to the COVID-19 pandemic, which is still ongoing (although possibly winding down due to more widely available vaccines).

d) Defense counsel also has personal obligations that further impact his availability between June 24, 2021, and November 18, 2021.

e) Counsel for defendants believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny his clients continuity of counsel.

f) The government does not object to the continuance.

g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §

|   |   |   |
|---|---|---|
| 1 | 3161, et seq., within which trial must commence, the time period of June 24, 2021 to | |
| 2 | November 18, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), | |
| 3 | B(iv) [Local Code T4] because it results from a continuance granted by the Court at | |
| 4 | defendants' request on the basis of the Court's finding that the ends of justice served by | |
| 5 | taking such action outweigh the best interest of the public and the defendants in a speedy | |
| 6 | trial. | |

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED**.

Dated:  June 22, 2021         PHILLIP A. TALBERT
                               Acting United States Attorney

                               /s/ Rosanne Rust
                               Rosanne Rust
                               Assistant United States Attorney

Dated:  June 22, 2021         /s/ Patrick K. Hanly
                               Patrick K. Hanly
                               Counsel for Defendants
                               Rahman Lakhani, N. Ali
                               Enterprises, Inc., and 21 Century
                               Distribution, Inc.

///
///
///
///
///
///
///

*U.S. v. Lakhani*, 2:18-CR-00257
Stipulation to Reset Status Conference

**ORDER**

The Court has read and considered the parties' Stipulation. The Court hereby finds that the Stipulation, which the Court incorporates by reference into this Order, demonstrates facts that provide a basis to exclude time under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]. Time is excluded under the Speedy Trial Act between June 24, 2021, and November 18, 2021.

IT IS SO ORDERED.

**Dated: July 2, 2021**

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE