PATRICK K. HANLY (Bar #128521)
455 Capitol Mall Suite 325
Sacramento, CA  95814
Telephone: (916) 773-2211
Facsimile: (916) 442-9680

Attorney for Defendants
RAHMAN LAKHANI
N. ALI ENTERPRISES, INC., &
21 CENTURY DISTRIBUTION, INC.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>RAHMAN LAKHANI, *et al.*,<br><br>　　　　　　　Defendants. | No. 2:18-cr-0257 KJM<br><br>**STIPULATION REGARDING TRAVEL AND ORDER** |

  **IT IS HEREBY STIPULATED,** by and between the parties and their respective counsel of record, that defendant Rahman Lakhani may travel to his business, 21st Century Distribution Inc., located at 6255 McLeod Drive in Las Vegas, Nevada, for the one time limited purpose of investigating the recent alleged theft of business records at that location on August 3, 2022, by a former employee.  The parties agree that the defendant's travel for that discrete purpose will not exceed one day in Las Vegas, Nevada, exclusive of travel time to that destination. The parties further agree that the defendant must make that one day or less trip between August 20, 2022, and August

31, 2022, and that the defendant will notify his pretrial services officer of the specific date he plans to be at his business within that timeframe, assuming his request for limited travel is granted by the Court.

The parties further agree and understand that this Stipulation to Travel is not a change to defendant Lakhani's current travel restrictions but, instead, an accommodation to allow him to investigate the recent alleged theft of business records from 21st Century Distribution Inc.

**IT IS SO STIPULATED**.

Dated:  August 18, 2022

Phillip A Talbert
United States Attorney

/s/ Rosanne Rust
Rosanne Rust
Assistant United States Attorney

Dated:  August 18, 2022

/s/ Patrick K. Hanly
Patrick K. Hanly
Counsel for Defendants
Rahman Lakhani, N. Ali
Enterprises, Inc., and 21 Century
Distribution, Inc.

### ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: August 19, 2022

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

*U.S. v. Lakhani*, 2:18-CR-00257
Stipulation to Re Travel

2