PHILLIP A. TALBERT
United States Attorney
ROSANNE L. RUST
MICHAEL D. ANDERSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAHMAN LAKHANI, *et al.*, <br><br> Defendants. | CASE NO. 2:18-CR-257 DJC <br><br> **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT AND RESCHEDULING TRIAL DATE; ORDER** |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1.  On April 4, 2023, this case was reassigned from Judge Mueller to Judge Calabretta. ECF No. 76. That Order vacated all currently scheduled dates in this case, including the jury trial set to start on September 19, 2023. *Id.*

2.  In February, the parties requested the September 2023 trial date to allow defense counsel and the defendants additional time to prepare for trial and to avoid trial dates during a month

of religious observance for the defendant, Mr. Lakhani.  ECF No. 74.  (Defense counsel and the defendants had inadvertently agreed to a previously scheduled trial date in March 2023 without realizing it was set during a month of religious observance for the defendant, Mr. Lakhani.  *Id.*)  The Court granted the parties' request and continued the trial date to September 19, 2023.  ECF No. 75.

3. Through this stipulation, the parties now seek to keep a nearly identical trial schedule and corresponding trial confirmation hearing in this Court.  That would result in a three-week jury trial to start on September 18, 2023, at 9:00 a.m., along with a new trial confirmation hearing on August 10, 2023, at 9:00 a.m.  As explained in ECF No. 74, defense counsel and the defendants still need additional time to prepare for trial and defense counsel for the defendants has other obligations to different clients that require his attention between now and the trial date of September 18, 2023.

4. The defendants therefore reiterate their request to exclude time and to do so between the date of this filing and September 18, 2023, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

5. The government does not object to the defendants' request.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED**.

Dated:  April 13, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ Rosanne Rust
Rosanne Rust
Assistant United States Attorney

Dated:  April 13, 2023

/s/ Patrick K. Hanly
Patrick K. Hanly
Counsel for Defendants
Rahman Lakhani, N. Ali Enterprises, Inc., and 21 Century Distribution, Inc.

///

*U.S. v. Lakhani*, 2:18-CR-00257

2

**FINDINGS AND ORDER**

The Court has read and considered the parties' Stipulation and ECF No. 74. The Court hereby finds that the Stipulation and ECF No. 74, which the Court incorporates by reference into this Order, demonstrate facts that provide a basis to exclude time under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]. The Court further resets the three-week jury trial to begin on September 18, 2023, at 9:00 a.m., and a trial confirmation hearing on August 10, 2023, at 9:00 a.m. Time is also excluded under the Speedy Trial Act between the date of this filing and September 18, 2023.

IT IS SO ORDERED this 14th day of April, 2023.

/s/ Daniel J. Calabretta
THE HONORABLE  DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE