UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RAHMAN LAKHANI,<br><br>  Defendant. | No. 2:18-cr-00257-DJC<br><br><br>TRIAL CONFIRMATION ORDER |

On November 16, 2023 the Court conducted a trial confirmation hearing. Assistant United States Attorneys Michael D. Anderson and Rosanne L. Rust appeared on behalf of the Government and Private Attorney Patrick K. Hanly appeared on behalf of Defendant Rahman Lakhani. Based on the results of that trial confirmation hearing, the Court now issues this trial confirmation order.

This matter is set for trial beginning on January 16, 2024. In preparation for this trial date, the Court hereby ORDERS:

**I.     Motions in Limine**

The parties have not yet filed motions in limine. The Court does not encourage the filing of motions in limine unless they are addressed to issues that can realistically be resolved by the Court prior to trial and without reference to the other evidence which will be introduced by the parties at trial. Any motions in limine counsel elect to

file shall be filed on or before January 4, 2024.  Each party's motions in limine should be filed in a single document with each motion beginning on a new page within that document.  Opposition shall be filed on or before January 9, 2024.  Each party's oppositions to motions in limine should be filed in a single document with each opposition beginning on a new page within that document.  Where necessary for sealing purposes, a motion in limine or opposition to a motion in limine may be filed separately from the rest of the motions/oppositions.  Parties should be prepared to present argument on these motions at the final status conference.

## II.     Witnesses

The Government shall, and Defendant may, file witness lists no later than January 4, 2024.  Each party may call a witness designated by the others.

## III.    Exhibits

While the Court is cognizant of the Government's burden and Defendant's right to not present evidence at trial, identification of potential exhibits will streamline the trial for the parties and the jury.  Accordingly, counsel and/or parties shall file their respective exhibit lists no later than January 4, 2024.

No exhibit shall be marked with or entered into evidence under multiple exhibit numbers.  All exhibits must be pre-marked as discussed below.

At trial, joint exhibits shall be identified as JX and listed numerically, e.g., JX-1, JX-2. The Government's exhibits shall be listed numerically, and Defendants' exhibits shall be listed alphabetically.  The parties must prepare three (3) separate exhibit binders for use by the Court at trial, with a side tab identifying each exhibit in accordance with the specifications above.  Each binder shall have an identification label on the front and spine. **The final exhibit binders are due to the Court on the first day of trial.**

## IV.    Stipulations

The Court is unaware of any stipulations at this time.

////

## V.  Trial Briefs

Trial Briefs from both parties shall be filed on January 4, 2024.

## VI.  Joint Statement of the Case

Parties shall file a stipulated joint statement of the case by January 4, 2024.

## VII.  Proposed Jury *Voir Dire*

By January 4, 2024, the parties shall file proposed questions to be asked by the Court during jury selection. The parties are advised to limit the number of proposed *voir dire* questions and to only propose questions they feel are essential.

Each party will be limited to 20 minutes of jury *voir dire*.

## VIII.  Proposed Jury Instructions

The Court directs the parties to meet and confer in an attempt to generate a joint set of jury instructions.

On or before January 4, 2024, the parties shall submit Joint Proposed Jury Instructions to the Court. If the parties are unable to agree on an instruction, the parties shall include any such instruction and/or under a separate heading in Joint Proposed Jury Instructions and identify which party proposed the jury instructions or verdict and the source of and authority for the proposed jury instruction. Any objections to a proposed jury instruction shall be included in the Joint Proposed Jury Instructions. Any objection should identify the party objecting, provide a concise statement of the reasons for the objection, and include any relevant citation to authority. When applicable, the objecting party shall submit an alternative proposed instruction on the issue or identify which of his or her own proposed instructions covers the subject.

All proposed jury instructions, whether agreed or disputed, shall be contained in a single document as described above. Counsel and/or the parties shall file no later than January 4, 2024; all blanks in form instructions should be completed and all brackets removed.

////

### IX. Proposed Verdict Form

The Government shall file a proposed verdict form no later than January 4, 2024. Any opposition to the proposed verdict form shall be filed by the Defendant by January 9, 2024.

### X. Filing Documents

All documents mentioned above, including but not limited to the Proposed Jury Instructions, Witness Lists, Exhibit Lists, Joint Statement of the Case, the Proposed Verdict Form, and Motions in Limine, shall be filed on the docket in this action **and** also emailed as a Word document to djcorders@caed.uscourts.gov.

### XI. Final Status Conference

The Court will conduct a Final Status Conference on January 11, 2024 at 9:00 a.m. in Courtroom 10 before the Honorable Daniel J. Calabretta. At that time, the Court will hear argument on motions in limine and any outstanding matters to be resolved before trial.

### XII. Trial Date/Estimated Time of Trial

Jury Trial is set for January 16, 2024, at 8:30 a.m. in Courtroom 10 before the Honorable Daniel J. Calabretta. Trial is anticipated to last two weeks or 10 full court days. The parties are directed to Judge Calabretta's standard procedures available on his webpage on the court's website.

The parties are to contact Gabriel Michel, Courtroom Deputy for Judge Calabretta, via email (gmichel@caed.uscourts.gov), one week prior to trial to ascertain the status of the trial date.

////
////
////
////
////
////

### XIII. Objections to Pretrial Order

Each party is granted 7 days from the date of this Order to file objections to this Order. If no objections are filed, the Order will become final without further order of this Court.

IT IS SO ORDERED.

Dated: **November 16, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DJC3 – Lakhani.18cr257.Final.PTO