PHILLIP A. TALBERT
United States Attorney
ROSANNE L. RUST
MICHAEL D. ANDERSON
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAHMAN LAKHANI,<br>N. ALI ENTERPRISES, INC., AND<br>21ST CENTURY DISTRIBUTION, INC.,<br><br>Defendants. | 2:18-CR-00257-DJC<br><br>PRELIMINARY ORDER OF<br>FORFEITURE |

Based upon the plea agreements entered into between plaintiff United States of America and defendants Rahman Lakhani, N. Ali Enterprises, Inc., and 21st Century Distribution, Inc. it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1.	Pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 982(a)(2), and 28 U.S.C. § 2461(c), defendants Rahman Lakhani, N. Ali Enterprises, Inc., and 21st Century Distribution, Inc.'s interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a.	Net Proceeds from the sale of Other Tobacco Products located at 6255 Mcleod Drive, Suite 13, Las Vegas, Nevada 89120, plus all accrued interest,
   b.	Net Proceeds from the sale of Other Tobacco Products located at 10879 Portal Drive, Suite B, Los Alamitos, California 90720, plus all accrued interest, and
   c.	Approximately $41,274.49 seized from Wells Fargo Bank Account Number 5422109032, plus all accrued interest.

2. The above-listed property constitutes property that was proceeds of and traceable to violations of 18 U.S.C. §§ 1341 and 1343.

3. Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Bureau of Alcohol, Tobacco, Firearms, and Explosives, in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendants, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 982(a)(2), and 28 U.S.C. § 2461(c), in which all interests will be addressed.

SO ORDERED this 13th day of March, 2024.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE