1  Patrick K. Hanly (SBN 128521)
   455 Capitol Mall Suite 325
2  Sacramento, CA 95814
   Telephone:  (916) 773-2211
3  Facsimile:   (916)

4
   Attorney for Defendants
5  RAHMAN LAKHANI
   21ST CENTURY DISTRIBUTION, INC.
6  N. ALI ENTERPRISES, INC.

7
                    IN THE UNITED STATES DISTRICT COURT
8
                       EASTERN DISTRICT OF CALIFORNIA
9

10

11 UNITED STATES OF AMERICA,              CASE NO.  2:18-CR-00257-DJC

12                  Plaintiff,             **STIPULATION REGARDING SENTENCING;
                                           ORDER**
13       v.

14 RAHMAN LAKHANI, ET AL.,

15                  Defendants.

16

17                                 **STIPULATION**

18       Plaintiff United States of America (the "government"), by and through its counsel of record, and

19 the defendant, by and through his counsel of record, hereby stipulate as follows:

20       1.      By previous order, this matter was set for sentencing on May 16, 2024.  The defendant

21 and his counsel have not been able to meet with the assigned probation officer to conduct a presentence

22 interview.  Accordingly, the assigned probation officer indicates that additional time is needed to

23 conduct a presentence interview and to prepare a draft pre-sentence report.

24       2.      By this stipulation, the defendant now moves to reset the matter for sentencing on June

25 13, 2024, and to reset the following deadlines:

26          a)      A draft Presentence Investigation Report ("PSR") shall be filed on or before May

27       2, 2024;

28

b) Any informal objections to the draft PSR shall be submitted to the assigned probation officer and opposing counsel on or before May 16, 2024;

c) The final PSR shall be filed on or before May 23, 2024;

d) Any motions for correction of the PSR shall be filed on or before May 30, 2024;

e) Oppositions to any such motions for correction of the PSR and any sentencing memoranda shall be filed on or before June 06, 2024.

3. The government has no objection to this revised schedule. However, the government will oppose any further extensions of the sentencing hearing date and corresponding PSR deadlines.

IT IS SO STIPULATED.

Dated: March 19, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ROSANNE RUST
ROSANNE RUST
Assistant United States Attorney

Dated: March 19, 2024

/s/ PATRICK HANLY
PATRICK HANLY
Counsel for Defendants

## **ORDER**

The judgment and sentencing hearing in this matter is hereby RESET for June 13, 2024. The Court hereby ADOPTS the schedule set forth in the parties' stipulation.

IT IS SO ORDERED.

Dated: March 20, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE