Patrick K. Hanly (SBN 128521)
455 Capitol Mall Suite 325
Sacramento, CA 95814
Telephone: (916) 773-2211
Facsimile: (916) 492-2680

Attorney for Defendants
RAHMAN LAKHANI
21ST CENTURY DISTRIBUTION, INC.
N. ALI ENTERPRISES, INC.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00257-DJC |
| Plaintiff, | |
| v. | STIPULATION REGARDING SENTENCING; |
| RAHMAN LAKHANI. ET AL., | ORDER |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on June 13, 2024. The parties have received copies of the three draft Presentence Investigation Reports ("PSR") and defendants and their counsel need additional time to review and respond to the draft PSRs. The defendant, Rahman Lakhani, resides in Chicago, Illinois, which makes review and collaboration on responding to the draft PSRs very difficult and time consuming. Accordingly, defense counsel has requested, and the government and probation have no objection to a request to continue the current sentencing date to August 1, 2024, to allow defense counsel the needed additional time to review and respond to the draft PSRs.

///

2. By this stipulation, the defendant now moves to reset the matter for sentencing on August 1, 2024, at 9:00 a.m., and to reset the following deadlines:

a) Any informal objections to the draft PSRs shall be submitted to the assigned probation officer and opposing counsel on or before July 5, 2024;

b) The final PSRs shall be filed on or before July 11, 2024;

c) Any motions for correction of the PSRs shall be filed on or before July 18, 2024;

d) Any oppositions to any such motions for correction of the PSRs shall be filed on or before July 25, 2024.  Any sentencing memoranda shall also be filed on or before July 25, 2024.

2. The government and probation have no objection to this revised schedule.  However, the government will oppose any further requests for extension of the sentencing hearing date and corresponding deadlines absent a showing of good cause by the defendants.

**IT IS SO STIPULATED**.

Dated:  May 13, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ROSANNE RUST
ROSANNE RUST
Assistant United States Attorney

Dated:  May 13, 2024

/s/ PATRICK HANLY
PATRICK HANLY
Counsel for Defendants

**ORDER**

The judgment and sentencing hearing in this matter is hereby RESET for August 1, 2024. The Court hereby ADOPTS the schedule set forth in the parties' stipulation.

**IT IS SO ORDERED**.

Dated:  May 14, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE