# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>RAHMAN LAKHANI,<br>    Defendant(s). | Case No.:  2:18-cr-00257-DJC-1<br><br>**VOLUNTARY SURRENDER ORDER** |

    Defendant RAHMAN LAKHANI  having been sentenced to the custody of the Bureau of Prisons, shall surrender to the institution designated by the Bureau of Prisons, or if no such institution has been designated, to the United States Marshal in Chicago, Illinois before 12:00 PM on October 15, 2024.  The defendant is further advised it is a criminal offense, punishable by a consecutive term of imprisonment, to fail to surrender for service of sentence pursuant to the order of this Court.  All conditions of pretrial release shall remain in effect until the defendant surrenders in accordance with this order.

    The Court reserves jurisdiction over this matter and will only change the date or time of voluntary surrender upon motion of either the defendant or the government

1 with good cause appearing.
2     The Clerk is directed to serve the United States Marshal's Service with a copy of
3 this order.
4     IT IS SO ORDERED.

6 DATED: August 1, 2024

7 THE HONORABLE JOHN A. CALABRETTA
  UNITED STATES DISTRICT JUDGE