PATRICK K. HANLY (Bar #128521)
455 Capitol Mall Suite 330B
Sacramento, CA  95814
Telephone: (916) 773-2211

Attorney for Defendant
RAHMAN LAKHANI

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>RAHMAN LAKHANI,<br><br>                    Defendant, | CASE NO.  2:18-cr-0257-DJC-1<br><br>**DEFENDANT'S REQEST TO CONTINUE SELF-SURRENDER DATE AND PROPOSED ORDER**<br><br>Courtroom: HONORABLE DANIEL J. CALABRETTA |

## I.     INTRODUCTION

Defendant Rahman Lakhani requests a 90-day delay of his self-surrender date until January 15, 2025.  The reason for the request is to allow Mr. Lakhani more time to help his emotionally disabled sister transition from her dependence on him for her daily activities to living independently.  Additionally, Mr. Lakhani's mother who currently assists him with his sister's care is scheduled for surgery after October 21, 2024.  Mr. Lakhani needs additional time for his mother to recover from her surgery so that when he is incarcerated, she will be strong enough to care for his sister by herself.  The government opposes this request.

///

## II. FACTS

Mr. Lakhani pleaded guilty pursuant to a plea agreement on January 11, 2024. He was sentenced on August 1, 2024 to 4 years of prison. The Court ordered him to self-surrender on October 15, 21024.

Since his sentencing, Mr. Lakhani's sister underwent major surgery on August 13, 2024, and is recovering. Mr. Lakhani's sister suffers from psychiatric issues and is dependent on him for her daily activities such as banking, driving to work and shopping. Mr. Lakhani does all these things and more for his sister. Mr. Lakhani has hoped that he would be able to use the time between his sentencing and his bureau of prisons turn in date to transition his sister from her complete dependence on him for her daily activities to her being independent. However, her recovery from surgery has been slower than expected and she remains dependent on him. Accordingly, Mr. Lakhani is requesting an additional 90 days to January 15, 2025 to turn himself in to the bureau of prisons to allow him time to fully transition his sister to full independence. Should the Court grant this request, Mr. Lakhani will not request any additional delay in his report date to the Bureau of Prisons' designated facility.

In addition, Mr. Lakhani's mother, who currently assists him in caring for his sister, is scheduled to undergo surgery after October 21, 2024. On that day, she has her preoperative appointment and will be given her surgery date. Mr. Lakhani is fearful that if he is in prison and his mother has surgery there will be no one to care for his sister.

## III. REQUEST

For the reasons stated above, Mr. Lakhani is requesting a delay in his Bureau of Prisons report date to January 15, 2025. If the Court grants his request, he will request no further delays in his report date.

Dated: September 25, 2024            /s/ Patrick K. Hanly

                                                    Attorney for Defendant Lakhani

**ORDER**

**IT IS HEREBY ORDERED** that defendant Rahman Lakhani has until January 15, 2025, to report to the Bureau of Prisons to begin serving his sentence. No further continuance of the surrender date is contemplated.

Dated: October 7, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE