MICHELE BECKWITH
Acting United States Attorney
ROSANNE L. RUST
MICHAEL D. ANDERSON
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAHMAN LAKHANI,<br>N. ALI ENTERPRISES, INC., AND<br>21ST CENTURY DISTRIBUTION, INC.,<br><br>　　　　　Defendants. | 2:18-CR-00257-DJC<br><br>FINAL ORDER OF FORFEITURE |

On March 13, 2024, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 982(a)(2), and 28 U.S.C. § 2461(c), based upon plea agreements entered into between plaintiff and defendants Rahman Lakhani, N. Ali Enterprises, Inc., and 21st Century Distribution, Inc. forfeiting to the United States the following property:

　　a.　Net Proceeds from the sale of Other Tobacco Products located at 6255 Mcleod Drive, Suite 13, Las Vegas, Nevada 89120, plus all accrued interest,
　　b.　Net Proceeds from the sale of Other Tobacco Products located at 10879 Portal Drive, Suite B, Los Alamitos, California 90720, plus all accrued interest, and
　　c.　Approximately $41,274.49 seized from Wells Fargo Bank Account Number 5422109032, plus all accrued interest.

Beginning on May 9, 2024, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days

1

Final Order of Forfeiture

from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 982(a)(2), and 28 U.S.C. § 2461(c), including all right, title, and interest of Rahman Lakhani, N. Ali Enterprises, Inc., and 21st Century Distribution, Inc.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 14th day of January, 2025.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE