# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00257-DJC-1 |
| Plaintiff, | ORDER REQUIRING GOVERNMENT TO SHOW CAUSE WHY BOND SHOULD NOT BE RETURNED TO SURETY |
| v. | |
| RAHMAN LAKHANI, | **FOURTEEN DAY DEADLINE** |
| Defendant. | |

Defendant Rahman Lakhani was released from the Northern District of Illinois on a $25,000 cash bond and was ordered to report to this Court for further proceedings. (ECF No. 7.) On March 4, 2019, this Court received into the Court's Registry for Defendant a $25,000 (plus accrued interest) cash bond posted by Rukhsana Noorani.

On January 11, 2024, Defendant entered a guilty plea to charged offenses pursuant to a written plea agreement. (ECF Nos. 106, 108.) On August 1, 2024, Defendant was sentenced to a custodial term of 48 months and was ordered to self-surrender. (ECF No. 137.) Defendant has reported to serve his sentence.[1]

///

///

---

[1] See United States v. Basher, 629 F.3d 1161, 1165 & n.2 (9th Cir. 2011) (taking judicial notice of publicly available information from the Federal Bureau of Prisons Inmate Locator).

1

1  Given Defendant has reported to serve his sentence, the Court shall order the Government
2 to show cause in writing withing **fourteen (14) days** of entry of this order why the $25,000 (plus
3 accrued interest) appearance bond should not be released to the surety.  If the Government does
4 not respond to this show cause order in writing, that lack of response will be construed as a non-
5 opposition to an order by the Court directing the Clerk of Court to return the bond to the address
6 of the surety on file.

IT IS SO ORDERED.

Dated: __**July 9, 2025**__

STANLEY A. BOONE
United States Magistrate Judge

2