# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00257-DJC-1 |
| Plaintiff, | ORDER EXONERATING BOND AND DIRECTING CLERK OF COURT TO RECONVEY CASH BOND TO SURETY |
| v. | |
| RAHMAN LAKHANI, | |
| Defendant. | |

Defendant Rahman Lakhani was released from the Northern District of Illinois on a $25,000 cash bond and was ordered to report to this Court for further proceedings. (ECF No. 7.) On March 4, 2019, this Court received into the Court's Registry for Defendant a $25,000 (plus accrued interest) cash bond posted by Rukhsana Noorani (receipt number #CAE200096470).

On January 11, 2024, Defendant entered a guilty plea to charged offenses pursuant to a written plea agreement. (ECF Nos. 106, 108.) On August 1, 2024, Defendant was sentenced to a custodial term of 48 months and was ordered to self-surrender. (ECF No. 137.) Defendant has reported to serve his sentence.[1]

///

///

---

[1] See United States v. Basher, 629 F.3d 1161, 1165 & n.2 (9th Cir. 2011) (taking judicial notice of publicly available information from the Federal Bureau of Prisons Inmate Locator).

1

On July 9, 2025, the Court ordered the Government to show cause in writing within fourteen days why the bond should not be released to the surety. (ECF No. 154.) The Court advised that "[i]f the Government does not respond to this show cause order in writing, that lack of response will be construed as a non-opposition to an order by the Court directing the Clerk of Court to return the bond to the address of the surety on file." (Id. at 2.) The Government did not file a response and the deadline to do so has expired.

The Court finds that Defendant has complied with the conditions of his bond and that no conditions remain to be satisfied.

Accordingly, IT IS ORDERED THAT the $25,000 (plus accrued interest) appearance bond posted by Rukhsana Noorani on behalf of Rahman Lakhani is exonerated. The Clerk of Court is DIRECTED to serve a copy of this order on the surety and return the $25,000 (plus accrued interest) cash bond to the address on record.

IT IS SO ORDERED.

Dated:   **July 24, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2